| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first name, Middle initial) SIRAGUSA, CHARLES J | 2. Court or Organization U.S. DISTRICT COURT, WDNY | 3. Date of Report 4/28/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT COURT JUDGE(ACTIV | 5. ReportType (check appropriate type) Nomination Date Initial ● Annual Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address 1360 UNITED STATES COURTHOUSE 100 STATE STREET ROCHESTER, NEW YORK 14614 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only: see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY BOARD MEMBER | ELDER ABUSE CONSORTIUM |
| 2. | ADVISORY BOARD MEMBER | CASA ITALIANA-CENTER FOR ITALIAN STUDIES AND COMMUNITY ACTIVITIES |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | PENSION | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEIVE BENEFITS AS OF NOVEMBER 1, 2005) |

RECEIVED 2006 MAY 11 A 8:47 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp 17-24 of filing instructions)

### A. Filer's Non-Investment Income

✓ **NONE** - (No reportable non-investment income )

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

**NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | BROWN & TARANTINO |
| 2. | | ATTORNEY (PRIVATE PRACTICE) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✓ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

✓ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4 28/2006 |

## VII. INVESTMENTS and TRUSTS -- income value transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. M & T BANK | A | Interest | K | T | | | | | |
| 2. ACCOUNT #1: | | | | | | | | | |
| 3. WEATHERFORD INTL LTD COMMON STOCK | | None | J | T | PT SELL | 8/25 | J | A | |
| 4. SB MONEY FUNDS CASH PORT CL A (X) | A | Dividend | J | T | | | | | |
| 5. CORE LABORATORIES COMMON STOCK | | None | J | T | | | | | |
| 6. ALKERMES INC. COMMON STOCK | | None | J | T | | | | | |
| 7. AMAZON COM INC COMMON STOCK | | None | J | T | BUY | 4/29 | J | | |
| 8. AMERICAN INTERNATIONAL GROUP INCOMMON STOCK. COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. AMGEN INC. COMMON STOCK | | None | J | T | PT SELL | 9/12 | J | A | |
| 10. AXA UAP SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. BASF AG SPONS ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 2/17 | J | A | |
| 12. BOC GROUP PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | BUY | 1/14 | J | | |
| 13. BP AMOCO PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. BIOGEN IDEC INC. COMMON STOCK | | None | J | T | BUY | 8/29 | J | | |
| 15. CRH PLC AD-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. CABLEVISION SYSTEMS CORP. CL A COMMON STOCK | | None | J | T | | | | | |
| 17. CANON INC. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. CHIRON CORP. DELAWARE COMMON STOCK | . | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income value transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CISCO COMMON STOCK | | None | J | T | | | | | |
| 20. CIRRUS LOGIC INC. COMMON STOCK | | None | J | T | | | | | |
| 21. COCA COLA CO. COMMON STOCK | A | Dividend | J | T | PT SELL | 12/29 | J | A | |
| 22. COMCAST CORP CL A-SPL COMMMON STOCK | | None | J | T | | | | | |
| 23. DELL COMPUTER CORP COMMON STOCK | | None | J | T | | | | | |
| 24. DIAGEO PLC SPONSORED ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. ENDESA SA, MADRID SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. EXPEDIA INC COMMON STOCK | | None | J | T | BUY | 3/28 | J | | |
| 28. EXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. FOREST LABORATORIES COMMON STOCK | | None | J | T | | | | | |
| 30. FUJI PHOTO FILM CO. LTD.ADR NEW COMMON STOCK | A | Dividend | | | SELL | 7/27 | J | A | |
| 31. GENENTECH INC. COMMON STOCK | | None | J | T | PT SELL | 9/12 | J | A | |
| 32. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. GENZYME CORP. GENEEAL DIVISION COMMON STOCK | | None | J | T | PT SELL | 8/29 | J | A | |
| 34. GILLETTE CO. COMMON STOCK | A | Dividend | | | SELL | 6/23 | J | A | |
| 35. GLAXOSMITHKLINE PLC SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 36. GRANT PRIDECO INC. COMMON STOCK | | None | J | T | PT SELL | 8/29 | J | A | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

FINANCIAL DISCLOSURE REPORT

Page 3 of 17

Name of Person Reporting

SIRAGUSA, CHARLES J

Date of Report

4/28/2006

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. GROUPE DANONE SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 38. GRUPO TELEVISA SA DE CV GLOBAL COMMON STOCK | A | Dividend | J | T | PT SELL | 3/22 | J | A | |
| 39. HSBC HOLDINGS PLC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 40. HOME DEPOT COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. HONDA MOTOR CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. HONG KONG & CHINA GAS LTD. SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 43. HUTCHINSON WHAMPOA LTD-ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. IAC INTERACTIVE CORP COMMON STOCK | | None | J | T | BUY | 3/28 | J | | |
| 45. ING GROEP NV SPONS ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 6/23 | J | A | |
| 46. INTEL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. IRELAND BANK SPONS ADR-EUR COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 50. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | A | Dividend | J | T | PT SELL | 8/26 | J | A | |
| 51. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 52. LIBERTY MEDIA GROUP CL A COMMON STOCK | | None | J | T | | | | | |
| 53. LIBERTY MEDIA INTL INC CLASS A COMMON STOCK | | None | J | T | | | | | |
| 54. MAXTOR CORP. (NEW) COMMON STOCK | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. MERRILL LYNCH & CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 56. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | J | T | | | | | |
| 57. MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. MICRON TECHNOLOGY INC COMMON STOCK | | None | J | T | BUY | 1/6 | J | | |
| 59. MITSUBISHI TOKYO FINANCIAL GROUP SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. NESTLE SA SPONSORED ADR REPSTG REG SH COMMON STOCK | A | Dividend | J | T | | | | | |
| 61. NEWS CORP CLASS B COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. NIPPON TELEPHONE & TELEGRAOPH CORP. ADR RSPTG COMMON STOCK | A | Dividend | J | T | BUY | 1/19 | J | | |
| 63. NOKIA CORP. SPONSORED ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 1/20 | J | A | |
| 64. NOMURA HOLDINGS INC. UNSP ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 1/21 | J | A | |
| 65. NOVARTIS AG ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. NOVO NORDISK A S ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 67. ORIX CORP SPONS ADR COMMON STOCK | A | Dividend | J | T | BUY | 3/24 | J | | |
| 68. PEBSICO COMMON STOCK | A | Dividend | J | T | | | | | |
| 69. PFIZER COMMON STOCK | A | Dividend | J | T | | | | | |
| 70. PROCTOR & GAMBLE CO INC COMMON STOCK (X) | A | Dividend | J | T | | | | | |
| 1. QUANTUM CORP. DLT & STORAGE COMMON STOCK | | None | | | SELL | 12/29 | J | A | |
| 2. RSA SECURITY INC. COMMON STOCK | | None | | | SELL | 12/29 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. RIO TINTO PLC-GBP COMMON STOCK | A | Dividend | J | T | | | | | |
| 74. ROYAL DUTCH PETROLEUM CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 75. SK TELECOM LTD SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 76. SAP AKLENGESELLSCHAFT SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 77. SEVEN ELEVEN JAPAN LTD-ADR COMMON STOCK | A | Dividend | | | SELL | 7/27 | J | A | |
| 78. TELEFONICA S.A. SPONS ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 7/3 | J | A | |
| 79. TEXAS INSTRUMENTS COMMON STOCK | A | Dividend | J | T | PT SELL | 9/12 | J | A | |
| 80. TIME WARNER INC. COMMON STOCK | A | Dividend | J | T | PT SELL | 12/29 | J | A | |
| 81. TOMPKINS FH PLC SPON ADR COMMON STOCK | A | Dividend | J | T | BUY | 1/24 | J | | |
| 82. TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 83. TREND MICRO INC SPON AD COMMON STOCK | | None | J | T | BUY | 8/3 | J | | |
| 84. TYCO INTERNATIONAL LTD. NEW COMMON STOCK | A | Dividend | J | T | PT SELL | 1/6 | J | A | |
| 85. UBS AG-CHF COMMON STOCK | A | Dividend | J | T | PT SELL | 8/23 | J | A | |
| 86. UNITEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | PT SELL | 5/17 | J | A | |
| 87. VERITY INC. COMMON STOCK | | None | | | MERGER | 12/30 | J | A | |
| 88. VODAFONE GROUP PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 89. WPP GROUP PLC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 90. WAL-MART DE MEXICO SA DE COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS -- income value transactions includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. YAHOO INC COMMON STOCK | | None | J | T | BUY | 9/26 | J | | |
| 92. WELLS FARGO & CO NEW COMMON STOCK | | None | | | SELL | 1/11 | J | A | |
| 93. ACCOUNT #2: | | | | | | | | | |
| 94. MERRILL LYNCH GLOBAL TECHNOLOGY FUND CL I | | None | J | T | | | | | SEE PART VIII #1 |
| 95. MERRILL LYNCH SMALL CAP VALUE FUND CL I | A | Dividend | J | T | | | | | SEE PART VIII |
| 96. ACCOUNT #3: | | | | | | | | | |
| 97. SB MONEY FUNDS CASH PORT CL A (X) | A | Dividend | J | T | | | | | |
| UBS AG-CHF COMMON STOCK | A | Dividend | J | T | PT SELL | 8/23 | J | A | |
| 99. AXA S.A. SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 100. BASF AG SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 101. BOC GROUP PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 102. BP AMOCO PLC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 103. CRH PLC ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 104. CANON INC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 105. DIAGEO PLC SPON ADR-NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 106. ENDESA SA SPONS ADR COMMON STOCK | A | Dividend | J | T | BUY | 3/2 | 4 | | |
| 107. FUJI PHOTO FILM CO ADR NEW COMMON STOCK | A | Dividend | | | SELL | 7/27 | J | A | |
| 108. GLAXOSMITHKLINE PLC SP ADR COMMON STOCK | A | Dividend | J | T | BUY | 2/17 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = | S = Assessment | | arket |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS — income value transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. GROUPE DANONE SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 110. GRUPO TELEVISA SA DE CV SPON ADR COMMON STOCK | A | Dividend | J | T | BUY | 2/16 | J | | |
| 111. HSBC HLDG PLC SP ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. HONDA MOTOR CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 113. HONG KONG CHINA GAS SP ADR COMMON STOCK | A | Dividend | J | T | BUY | 12/18 | J | | |
| 114. HUTCHINSON WHAMPOA LTD-ADRV COMMON STOCK | A | Dividend | J | T | | | | | |
| 115. ING GROEP NV SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 116. IRELAND BANK BANK SPONS ADR-EUR COMMON STOCK | A | Dividend | J | T | | | | | |
| 117. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOC | A | Dividend | J | T | BUY | 12/2 | J | | |
| 118. METTLER TOLEDO INTL INC COMMON STOCK | | None | J | T | | | | | |
| 119. MITSUBISHI TOYKO FINANCIAL GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 120. NATIONAL BK GREECE S A APONS COMMON STOCK | | None | J | T | BUY | 8/1 | J | | |
| 121. NESTLE A SPONS ADR COMMON STOCK | A | Dividend | J | T | BUY | 2/18 | J | | |
| 122. NEWS CORP CLASS B NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 123. NIPPON TEL & TEL SPON ADR COMMON STOCK | A | Dividend | J | T | BUY | 2/18 | J | | |
| 124. NOKIA CORP SPON ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 1/20 | J | A | |
| 125. NOMURA AHOLDINGS INC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. NOVARTIS AG ADR COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. NOVO-NORDISK A S ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 128. ORIX CORP SPONS ADR COMMON STOCK | A | Dividend | J | T | BUY | 7/28 | J | | |
| 129. RIO TINTO PLC-GBP COMMON STOCK | A | Dividend | J | T | | | | | |
| 130. ROYAL DUTCH PERTOLEUM CO COMMON STOCK | A | Dividend | J | T | PT SELL | 1/20 | J | A | |
| 131. SK TELECOM LTD SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 132. SAP AKLENAGESELLSCHAFT SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | BUY | 2/16 | J | | |
| 133. SMITH & NEPHEW PLC SP ADR COMMON STOCK | A | Dividend | J | T | BUY | 1/20 | J | | |
| 134. SEVEN ELVEN JAPAN LTD-ADR COMON STOCK | A | Dividend | | | SELL | 7/29 | J | A | |
| 135. TELEFONICA S.A. SPON ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 7/12 | J | A | |
| 136. TESCO PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 1/20 | J | A | |
| 137. TOMKINS F H PLC SPON ADER COMMON STOCK | A | Dividend | J | T | BUY | 1/24 | J | | |
| 138. TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 139. TREND MICRO INC SPON ADR COMMONS STOCK | | None | J | T | BUY | 7/28 | J | | |
| 140. UNITED OVERSEAS BANK LTD SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 141. VODAFONE GROUP PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 142. WPP GROUP PLC SPON ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 143. WAL-MART DE MEXICO SA DE CV SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 144. ACCCOUNT #4: | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children   See pp. 34-57 of filing instructions)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | SMITH BARNEY MONEY MARKET | A | Interest | K | T | | | | | |
| 146. | IRA #1: | | | | | | | | | |
| 147. | CITIBANK DIVERSIFIED FUTURES | A | None | K | T | | | | | |
| 148. | IRA #2: | | | | | | | | | |
| 149. | GOLDMAN SACHS SMALL VALUE FUND CLASS B | A | Dividend | J | T | | | | | SEE PART VIII #2 |
| 150. | IRA #3: | | | | | | | | | |
| 151. | MERRILL LYNCH GLOBAL TEHNOLOGY FUND CL I | | None | J | T | | | | | SEE PART VIII #1 |
| 152. | MERILL LYNCH SMALL CAP VALUE FD CL I | A | Dividend | J | T | | | | | SEE PART VIII #1 |
| 153. | IRA #4: | | | | | | | | | |
| 154. | MERRILL LYNCH GLOBAL TECHNOLOGY FUND CL I | | None | J | T | | | | | SEE PART VIII #1 |
| 155. | MERRILL LYNCH SMALL CAP VALUE FD CL I | A | Dividend | J | T | | | | | SEE PART VIII #1 |
| 156. | COLLEGE SAVINGS PROGRAM #1: | | | | | | | | | |
| 157. | VANGUARD-AGRESSIVEAGE-BASED OPTION GROWTH PORTFOLIO | | None | K | T | BUY | 12/1 | J | | |
| 158. | COLLEGE SAVINGS PROGRAM #2 | | | | | | | | | |
| 159. | VANGUARD-AGRESSIVEAGE-BASED OPTION GROWTH PORTFOLIO | | None | K | T | BUY | 12/1 | J | | |
| 150. | DEFERRED COMPENSATION #1: | | None | M | T | | | | | |
| 151. | HARTFORD MONEY MARKET HLS | | | | | | | | | SEE PART VIII #3 |
| 2. | DEFERRED COMPENSATION #2: | | None | L | T | | | | | |

| Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. VANGUARD PRIME MONEY MARKET | | | | | | | | | SEE PART VIII #4 |
| 164. DEFERRED COMPENSATION #3: | | None | K | T | | | | | |
| 165. PUTNAM INVESTORS FUND CLASS A | | | | | | | | | |
| 166. TEMPLETON FOREIGN FUND | | | | | | | | | |
| 167. PUTMAN VOYAGER FUND | | | | | | | | | |
| 168. AM CENTURY ULTRA | | | | | | | | | |
| 169. FIDELITY MAGELLAN FUND | | | | | | | | | |
| 170. IRA #5 | | | | | | | | | |
| 171. SMITH BARNEY MONEY MARKET | A | Dividend | J | T | | | | | |
| 172. GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK | A | Dividend | J | T | | | | | |
| 173. ACCOUNT #5 | | | | | | | | | |
| 174. SMITH BARNEY MONEY MARKET | A | Dividend | J | T | | | | | |
| 175. GLOBALSANTAFE CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 176. WEATHERFORD INTL LTD NEW COMMON STOCK | | None | J | T | | | | | |
| 177. ABBOTT LABORATORIES COMMON STOCK | A | Dividend | J | T | | | | | |
| 178. AGILENT TECHNOLOGIES INC COMMON STOCK | | None | J | T | BUY | 3/17 | J | | |
| 179. ALCOA INC COMMON STOCK | A | Dividend | J | T | BUY | 4/6 | J | | |
| 180. ALKERMES INC COMMON STOCK | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS — income value transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. AMAZON COM INC COMMON STOCK (X) | | None | J | T | BUY | 4/28 | J | | |
| 182. AMBAC FINL GROUP INC. COMMON STOCK | A | Dividend | J | T | PT SELL | 4/21 | J | A | |
| 183. AMERICAN EXPRESS COMMON STOCK | A | Dividend | J | T | | | | | |
| 184. AMERICAN INTL. GROUP INC. COMMON STOCK | A | Dividend | J | T | BUY | 3/15 | J | | |
| 185. AMGEN INC COMMON STOCK | | None | J | T | PT SELL | 9/12 | J | A | |
| 186. ANADARKO PETROLEUM CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 187. APPLIED MATERIALS INC DELWARE COMMON STOCK | A | Dividend | J | T | BUY | 3/24 | J | | |
| 188. BP PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 189. BED BATH & BEYOND COMMON STOCK | | None | J | T | BUY | 1/13 | J | | |
| 190. BANK NEW YORK INC COMMON STOCK | A | Dividend | J | T | PT SELL | 7/12 | J | A | |
| 191. BIOGEN IDEC INC COMMON STOCK | | None | J | T | BUY | 3/22 | J | | |
| 192. CABLEVISION SYSTEMS CORP COMMON SSTOCK | | None | J | T | | | | | |
| 193. CABOT MICROELECTRONICS CORP COMMON STOCK | | None | J | T | | | | | |
| 194. CATERPILLAR INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 195. CCE SPON CO INC COMMON STOCK | | None | J | T | SPINOFF | 12/22 | J | | |
| 196. CHARMING SHOPPES INC COMMON STOCK | | None | J | T | | | | | |
| 197. CHEVRON CORP COMMON STOCK | A | Dividend | J | T | BUY | 1/19 | J | | |
| 198. CHIRON CORP DELEWARE COMMON STOCK | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. CHUBB CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 200. CISCO SYS INC COMMON STOCK | | None | J | T | BUY | 10/4 | J | | |
| 201. CIRRUS LOGIC INC. COMMON STOCK | | None | J | T | | | | | |
| 202. CLEAR CHANNEL COMMUNICATIONS COMMON STOCK | | None | J | T | BUY | 5/10 | J | | |
| 203. COCA-COLA CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 204. COMCAST CORP CL A COMMON STOCK | | None | J | T | | | | | |
| 205. CREE INC COMMON STOCK | | None | J | T | | | | | |
| 206. DELL COMPUTERS CORP COMMON STOCK | | None | J | T | | | | | |
| 207. DISCOVERY HOLDING COM CL A COMMON STOCK | | None | J | T | BUY | 6/24 | J | | |
| 208. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 209. DOW CHEMICAL COMMON STOCK | A | Dividend | J | T | BUY | 8/5 | J | | |
| 210. ELECTRONICS FOR IMAGING COMMON STOCK | | None | | | SELL | 9/16 | J | A | |
| 211. EI DU PONT OE NEMOURS & CO COMMON STOCK | A | Dividend | J | T | BUY | 9/13 | J | | |
| 212. EMERSON ELECTRIC CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 213. ELECTRONIC ARTS COMMON STOCK | | None | J | T | BUY | 9/13 | J | | |
| 214. ENGELHARD CORP COMMON STOCK | A | Dividend | J | T | PT SELL | 7/29 | J | A | |
| 215. EXPEDIA INC COMMON STOCK (X) | | None | J | T | | | | | |
| 216. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | PT SELL | 9/15 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. FOREST LABORATORIES INC. COMMON STOCK | | None | J | T | BUY | 4/6 | J | | |
| 218. GENENTECH INC COMMON STOCK | | None | J | T | PT SELL | 9/14 | J | A | |
| 219. GENERAL ELECTRIC CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 220. GENZYME CORP GENERAAL DIVISION COMMON STOCK | | None | J | T | | | | | |
| 221. GILLETTE CO. COMMON STOCK | A | Dividend | | | MERGER | 10/1 | J | A | |
| 222. GLAXOSMITHKLINE PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 223. HASBRO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 224. HOME DEPOT INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 225. HONEYWELL INTL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 226. INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 227. IAC INTERACTIVE CORP COMMON STOCK | | None | J | T | | | | | |
| 228. IMCLONE SYS INC COMMON STOCK | | None | J | T | BUY | 7/28 | J | | |
| 229. INTL BUSINESS MACHINES CORP COMMON STOCK | A | Dividend | J | T | BUY | 2/18 | J | | |
| 230. INTERPUBLIC GROUP OF COS INC COMMON STOCK | | None | J | T | BUY | 12/6 | J | | |
| 231. ISIS PHARMACEUTICALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 232. JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | J | T | PT SELL | 5/19 | J | A | |
| 233. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 234. KRAFT FOODS INC COMMON STOCK | A | Dividend | J | T | BUY | 10/7 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 236. LEAR CORP COMMON STOCK | A | Dividend | J | T | BUY | 10/27 | J | | |
| 237. LEHMAN BROTHERS HOLDINGS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 238. LIBERTY MEDIA CORP. A COMMON STOCK | | None | J | T | | | | | |
| 239. ELI LILLY & CO COMMON STOCK | A | Dividend | J | T | BUY | 10/31 | J | | |
| 240. LUCENT TECHNOLOGIES INC COMMON STOCK | | None | J | T | BUY | 2/28 | J | | |
| 241. MNBA CORP COMMON STOCK | A | Dividend | J | T | BUY | 5/6 | J | | |
| 242. MGIC INVT CORP WIS COMMON STOCK | A | Dividend | J | T | | | | | |
| 243. MATTEL INC DE COMMON STOCK | A | Dividend | J | T | PT SELL | 12/22 | J | A | |
| 244. MAXTOR CORP (NEW) COMMON STOCK | | None | J | T | | | | | |
| 245. MCDONALDS CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 246. MCKESSON CORPORATION COMMON STOCK | A | Dividend | | | SELL | 4/22 | J | A | |
| 247. MERRILL LYNCH & CO COMMON STOCK | A | Dividend | J | T | BUY | 4/21 | J | | |
| 248. MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | BUY | 2/7 | J | | |
| 249. MICROMUSE INC COMMON STOCK | | None | | | SELL | 3/11 | J | A | |
| 250. MICRON TECHNOLOGY INC. COMMON STOCK | | None | J | T | | | | | |
| 251. MILLENNIUM PHARMACEUTICALS INC COMMON STOCK | | None | J | T | BUY | 3/24 | 4 | | |
| 252. MOTOROLA INC DE COMMON STOCK | A | Dividend | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS — income value transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. MURPHY OIL CORP | A | Dividend | J | T | | | | | |
| 254. NEWMONT MINING CORP COMMON STOCK | A | Dividend | | | SELL | 7/15 | J | A | |
| 255. NEWS CORP CLASS B COMMON STOCK | A | Dividend | J | T | | | | | |
| 256. NIPPON TEL & TEL SPON ADR COMMON STOCK | | None | | | SELL | 1/31 | J | A | |
| 257. NOKIA CORP SPONSORED ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 1/10 | J | A | |
| 258. NOVARTIS AG ADER COMMON STOCK | | None | J | T | BUY | 11/10 | J | | |
| 259. PMI GROUP COMMON STOCK | A | Dividend | J | T | BUY | 9/21 | J | | |
| 260. PALL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 261. PEARSON PLC SPONSORED ADR COMMON STOCK | A | Dividend | J | T | BUY | 7/25 | J | | |
| 262. PEPSCICO INC COMMON STOCK | A | Dividend | J | T | PT SELL | 9/29 | J | A | |
| 263. PFIZER INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 264. PROCTER & GAMBLE CO COMMON STOCK (X) | A | Dividend | J | T | | | | | |
| 265. QUANTUM CORP. DLT & STORAGE COMMON STOCK | | None | J | T | | | | | |
| 266. RAYTHEON COMPANY NEW | A | Dividend | J | T | | | | | |
| 267. REALNETWORKS INC COMMON STOCK | | None | | | SELL | 5/26 | J | A | |
| 268. SBC COMMUNICATIONS | A | Dividend | | | SELL | 10/24 | J | A | |
| 269. SABRE GROUP HLDGS INC COMMON STOCK | | None | | | SELL | 1/9 | J | A | |
| 270. SAFEWAY INC NEW COMMON STOCK | A | Dividend | J | T | BUY | 2/10 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. SANDISK CORP COMMON STOCK | | None | J | T | | | | | |
| 272. SOLECTRON CORP COMMON STOCK | | None | | | SELL | 10/10 | J | A | |
| 273. SOUTHWEST AIRLINES CO COMMON STOCK | A | Dividend | J | T | BUY | 2/11 | J | | |
| 274. STATE STREET CORP COMMON STOCK | A | Dividend | | | | | | | |
| 275. SUNGARD DATA SYSTEMS INC COMMON STOCK | | None | | | SELL | 4/27 | J | A | |
| 276. TAIWAN SEMICONDUCTOR MFG COMMON STOCK | A | Dividend | J | T | PT SELL | 7/7 | J | A | |
| 277. TEXAS INSTRUMENTS INC. COMMON STOCK | A | Dividend | J | T | PT SELL | 9/29 | J | A | |
| 278. 3 COM CORP COMMON STOCK | | None | | | SELL | 1/13 | J | A | |
| 279. TIME WARNER COMMON STOCK | A | Dividend | J | T | | | | | |
| 280. TYCO INTL LTD NEW COMMON STOCK | A | Dividend | J | T | BUY | 6/23 | J | | |
| 281. UNILEVER PLOC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | BUY | 8/5 | J | | |
| 282. UNITEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 283. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 284. VODAFONE COMMON STOCK | A | Dividend | J | T | | | | | |
| 285. WALMART STORES INC COMMON STOCK | | None | J | T | BUY | 10/6 | J | | |
| 286. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 287. WILLIAMS COS INC COMMON STOCK | A | Dividend | J | T | PT SELL | 3/14 | J | A | |
| 288. WM WRIGLEY JR CO COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. WYETH COMMON STOCK | A | Dividend | J | T | | | | | |
| 290. YAHOO INC COMMON STOCK | | None | J | T | BUY | 9/13 | J | | |
| 291. ACCOUNT #6 | | | | | | | | | |
| 292. SMITH BARNEY MONEY MARKET | A | Dividend | J | T | | 2/10 | J | | SEE PART VIII #5 |
| 293. FORD MOROR CREDIT CORP NOTES DTD 10/28/99 | A | Interest | J | T | SELL | 8/25 | K | A | |
| 294. AIG FEDERAL SAVINGS BK-DE CERTIFICAATE OF DEPOSIT | | None | K | T | BUY | 8/26 | K | | |
| 295. FIRST UNION CORP SUB NOTES | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1) FUND NOW DESIGNATED CL 1 INSTEAD OF CL A.

2) I MISTAKENLY REPORTED IN MY 2004 DISCLOSURE THAT IRA #2 WAS COMPRISED OF A MONEY MARKET FUND. HOWEVER, IT IS IN FACT COMPRISED OF GOLDMAN SACHS SMALL FUND CLASS B COMMON STOCK ACQUIRED IN 2003.

3) ON DECEMBER 30, 2005, I TRANSFERRED ALL MY DEFERRED COMPENSATION #1 FUNDS FROM THE HOLDINGS LISTED ON MY 2004 DISCLOSURE INTO THE HARTFORD MONEY MARKET HLS IN ANTICIPATION OF A ROLLOVER INTO MY FEDERAL THRIFT SAVINGS ACCOUNT

4) ON DECEMBER 30, 2005, I TRANSFERRED ALL MY DEFERRED COMPENSATION #1 FUNDS FROM THE HOLDINGS LISTED ON MY 2004 DISCLOSURE INTO THE HARTFORD MONEY MARKET HLS IN ANTICIPATION OF A ROLLOVER INTO MY FEDERAL THRIFT SAVINGS ACCOUNT

5) THIS MONEY MARKET FUND PROVIDES ME A CHECKING ACCOUNT WHICH I UTILIZE TO PAY BILLS.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 4/28/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                     Date _MAY 8, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544